IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AIPERI MAIRYKEEVA, et al.,**<br>Plaintiff, | :<br>:<br>: |
| v. | :      **CIVIL ACTION NO. 18-4598** |
| **WILLIAM BARR, et al.,**<br>Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 7th day of May 2019, upon review Plaintiffs' Motion for Summary Judgment [Doc. No. 5], the response thereto, and Defendants' Motion for Summary Judgment [Doc. No. 6], to which no response was filed, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion is **DENIED**;

2. Defendants' Motion is **GRANTED**;

3. Plaintiffs' claims are **DISMISSED WITH PREJUDICE**; and

4. The Clerk is directed to **CLOSE** this case.

It is so **ORDERED**.

                                                          **BY THE COURT:**

                                                          */s/ Cynthia M. Rufe*

                                                          **CYNTHIA M. RUFE, J.**